THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEYBANK, NATIONAL ASSOCIATION,<br><br>Defendant. | No. C10-0304 MJP<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY MARY S. YOUNG** |

TO: DAVID JOHNSON, Plaintiff;
AND TO: Mark A. Griffin, Karin B. Swope, and Keller Rohrback, LLP, Plaintiff's Attorneys;
AND TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that attorney Mary S. Young is no longer associated with Lane Powell PC and is withdrawing as one of the attorneys for defendant. We hereby ask the Court to remove her name from all future electronic notices regarding this case. With the exception of Mary S. Young, all counsel for said Defendant should remain of record.

DATED: August 10, 2011.

LANE POWELL PC

By /s/ *Mary S. Young*
Rudy A. Englund, WSBA No. 04123
Ronald E. Beard, WSBA No. 24014
Brian J. Meenaghan, WSBA No. 28264
Mary S. Young, WSBA No. 33173
Attorneys for KeyBank, N.A.

NOTICE OF WITHDRAWAL OF MARY S. YOUNG - 1
CASE NO. CV 10-0304 MJP

118909.0182/5148276.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 10th day of August 2011, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Mark A. Griffin, Esq.
mgriffin@kellerrohrback.com
Karin B. Swope, Esq.
kswope@kellerrohrback.com
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

- [x] by **CM/ECF**
- [ ] by **Electronic Mail**
- [ ] by **Facsimile Transmission**
- [ ] by **First Class Mail**
- [ ] by **Hand Delivery**
- [ ] by **Overnight Delivery**

*/s/ Janet Wiley*
Janet Wiley

NOTICE OF WITHDRAWAL OF MARY S. YOUNG - 2
CASE NO. CV 10-0304 MJP

118909.0182/5148276.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107